## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Crim. Action No. 07-0062-01 (WHW) |
| v. | : | **ORDER** |
| CHERMAINE QUINONES-WRIGHT, | : | |
| Defendant. | : | |

**Walls, Senior District Judge**

This matter having been brought before the Court by Defendant, Chermaine Quinones-Wright, seeking credit towards her Federal sentence, and her assigned CJA counsel, Gary Mizzone, Esq., having no recollection that this Court granted credit to Defendant during the May 16, 2007 Sentencing and requesting a copy of the May 16, 2007 Sentencing Transcript, with no response by Plaintiff, the United States of America,

It is on this 19th day of June, 2008,

ORDERED that the May 16, 2007 Sentencing Transcript of the Defendant be prepared at the United States's expense.

s/William H. Walls
United States Senior District Judge